# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH COHEN,<br><br>                    Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>                    Defendant. | Case No. 20-cv-108-MMA (MDD)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 23] |

The parties filed a joint motion to dismiss the action with prejudice. *See* Doc. No. 23. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. The Court retains jurisdiction over enforcement of the parties' settlement agreement. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

**IT IS SO ORDERED**.

Dated: May 4, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge